# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

HECTOR WILLIAMS PENA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2434

_____

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chistopher LaBruzzo, Judge.

Hector Williams Pena, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.